UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DNG FZE,<br><br>          Plaintiff,<br><br>     v.<br><br>PAYPAL, INC.,<br><br>          Defendant. | Case No. 23-mc-80136-SVK<br><br>**SUMMARY ORDER FOLLOWING HEARING ON DNG FZE'S APPLICATION FOR AN ORDER TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782**<br><br>Re: Dkt. No. 1 |

Before the Court is the application of DNG FZE for an order to obtain discovery for use in a foreign proceeding pursuant to 28 U.S.C. § 1782. Dkt. 1. Specifically, DNG FZE seeks the deposition of PayPal, Inc. in-house counsel James Lindfelt. The basis for the request is that Mr. Lindfelt submitted three declarations in the foreign proceeding. *Id*. Upon receipt of DNG FZE's application, the Court ordered full briefing and production of the subject declarations. Dkt. 3, 19. All Parties have consented to the jurisdiction of a magistrate judge. Dkt. 4, 11.

The Court reviewed the Parties' submissions and the relevant law and held a hearing with extensive argument on August 17, 2023. The Court ruled from the bench **DENYING** DNG FZE's application on the grounds that the discovery would be unduly intrusive and burdensome particularly considering the nature of the statements made in the subject declarations and Mr. Lindfelt's role as in-house counsel. *See Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004). A complete statement of the Court's reasoning is as set forth on the record.

**SO ORDERED.**

Dated: August 17, 2023

SUSAN VAN KEULEN
United States Magistrate Judge